IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02568-CMA-BNB

THE WELLINGER FAMILY TRUST 1998;
JULIE WELLINGER, trustee, and
JULIE WELLINGER, individually,

Plaintiffs,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut insurance company,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1) **Plaintiffs' Motion to Amend Complaint to Include Claims for Alternative Theories and Exemplary Damages** [Doc. # 14, filed 4/4/2012] (the "Motion to Amend"); and

(2) The **Stipulated Motion to Amend the Scheduling Order** [Doc. # 21, filed 4/20/2012] (the "Motion for Extension").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 14] is GRANTED;

(2) The Clerk of the Court is directed to accept for filing the Amended Complaint and Jury Demand [Doc. # 14-1]; and

      (3)      The Motion for Extension [Doc. # 21] is GRANTED, and the case schedule is modified to the following extent:

      Discovery Cut-Off:      August 30, 2012

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

      Dispositive Motions Deadline:      September 28, 2012

Expert Disclosures: The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 30, 2012

Final Pretrial Conference: The final pretrial conference set for August 14, 2012, at 8:30 a.m., is VACATED and RESET to October 30, 2012, at 9:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than October 23, 2012.

Dated April 23, 2012.

      BY THE COURT:

      s/ Boyd N. Boland  
      United States Magistrate Judge