**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02568-CMA-BNB

THE WELLINGER FAMILY TRUST 1998,
JULIE WELLINGER, Trustee, and individually,

    Plaintiffs,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
a Connecticut Insurance Company,

    Defendant.

---

**ORDER TO DISMISS CLAIM**

---

This matter is before the Court on the parties' Stipulated Motion To Dismiss Plaintiff's Third Claim for Relief (Doc. # 55).  The Court, having read the motion and the case file, hereby

ORDERS that Plaintiff's Third Claim for Relief set forth in their Amended Complaint (Doc. # 27) be <u>dismissed with prejudice</u>, each party to pay her or its own costs and attorney's fees associated with the dismissal of said claim for relief.

    DATED:  February __05__, 2013

                                      BY THE COURT:

                                      *Christine M Arguello*

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge