**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02568-CMA-BNB

THE WELLINGER FAMILY TRUST 1998,
JULIE WELLINGER, Trustee, and individually,

      Plaintiffs,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
a Connecticut Insurance Company,

      Defendant.

---

## ORDER TO DISMISS CLAIM

---

This matter is before the Court on the parties' Stipulated Motion To Dismiss

Plaintiff's Third Claim for Relief (Doc. # 55).  The Court, having read the motion and the

case file, hereby

ORDERS that Plaintiff's Third Claim for Relief set forth in their Amended

Complaint (Doc. # 27) be dismissed with prejudice, each party to pay her or its own

costs and attorney's fees associated with the dismissal of said claim for relief.

      DATED:  February   05  , 2013

                        BY THE COURT:

                        _Christine M Arguello_

                        _____

                        CHRISTINE M. ARGUELLO
                        United States District Court Judge