IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 11-cv-02568-CMA-BNB | Date: February 20, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| WELLINGER FAMILY TRUST 1998 | *Dennis P. Walker* |
| JULIE WELLINGER | *Thomas A. Swett* |
| **Plaintiff(s)** | |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE | *Cristin J. Mack* |
| COMPANY | *Kevin E. O'Brien* |
| **Defendant(s)** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 2:00 p.m.

Appearance of counsel.

Argument presented on [52] Motion to Compel Complete Responses to Written Discovery.

For reasons stated on the record, it is

**ORDERED:**  **[52] Motion to Compel Complete Responses to Written Discovery is
GRANTED IN PART and DENIED IN PART.  Granted as to interrogatories
4, 5, 6, 13, 16, 19 and production request number 19.**

**ORDERED:**  **[48] Plaintiff's Unopposed Motion for In Camera Review of Disputed
Items From Defendant's Privilege Log is DENIED WITHOUT PREJUDICE.**

Court in Recess:  3:39 p.m.    Hearing concluded.    Total time in Court:  02:39

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119