IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:   11-cv-02568-CMA-BNB | Date: June 4, 2013 |
| Courtroom Deputy:   Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| WELLINGER FAMILY TRUST 1998<br>JULIE WELLINGER<br>    **Plaintiff(s)** | *Dennis P. Walker*<br>*Thomas A. Swett* |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY<br>    **Defendant(s)** | *Cristin J. Mack* |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  10:35 a.m.

Appearance of counsel.

Argument presented on [81] Motion to Compel Harford to Produce Relevant Privilege Log Item.

Document submitted for in camera review.

**ORDERED:**  [81] Motion to Compel Harford to Produce Relevant Privilege Log Item is TAKEN UNDER ADVISEMENT, written order to issue.

Court in Recess:  11:17 a.m.   Hearing concluded.   Total time in Court:  00:42

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119